

shuliuinf

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
APR 30 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 08-00009 |
| Plaintiff, ) | **INFORMATION** |
| vs. ) | **ILLEGAL ENTRY** |
| SHU ZHEN LIU, ) | [8 U.S.C. § 1325(a)(1) <br> 6 U.S.C. §§ 251 & 557] <br> (Misdemeanor) |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

On or about March 25, 2008, in the District of Guam, the defendant herein, SHU ZHEN LIU, did knowingly enter the United States at a time and place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1) and Title 6, United States Code, Sections 251 and 557.

DATED this 30 day of April 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Frederick A. Black
FREDERICK A. BLACK
Assistant U.S. Attorney

**Criminal Case Cover Sheet**  U.S. District Court

**Place of Offense:**

City  Hagåtña

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number 08-00009
Same Defendant _____  New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No _X_  Matter to be sealed: ____ Yes _x_ No

Defendant Name   Shu Zhen Liu

Alias Name   _____

Address   _____

         China

Birthdate  Xx/xx/1972   SS# ____  Sex _F_  Race _A_  Nationality Chinese

**U.S. Attorney Information:**

AUSA   Frederick A. Black

**Interpreter:** ____ No _X_ Yes   List language and/or dialect:   Chinese/Mandarin

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

RECEIVED APR 30 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: __1__     ____ Petty _X_ Misdemeanor ____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  8 USC 1325(a)(1)  6 USC 251 & 557 | Illegal Entry | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date:  4-30-08       Signature of AUSA:  Fred A. Black