1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   TEL: (671) 472-7332
5  FAX: (671) 472-7334

6  Attorneys for the United States of America

7
                    IN THE DISTRICT COURT OF GUAM
8
                    FOR THE TERRITORY OF GUAM
9

10  UNITED STATES OF AMERICA,      ) MAGISTRATE CASE NO. 08-00009
                                   )
11                Plaintiff,       )
                                   )           O R D E R
12         vs.                     )    re United States' Request for
                                   )    Issuance of Warrant
13  SHU ZHEN LIU,                  )
                                   )
14                Defendant.       )
    _____)

15

16         Upon the filing of an Information and the request of the government,

17         IT IS SO ORDERED that a warrant be issued for the above-named defendant.

18

19                                      /s/ Joaquin V.E. Manibusan, Jr.
                                           U.S. Magistrate Judge
20                                      Dated: May 01, 2008

21

22

23

24

25

26

27

28