# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-08-00005-MJ-08-00009-MJ-08-00013                    DATE: May 02, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter M. Tenorio | Electronically Recorded: 3:13:17-3:24:05 |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Zheng Min Liu<br>Shu Zhen Liu<br>Li Yong Chen | Attorney: Rawlen Mantanona<br>Stephanie Flores<br>Traylor T. Mercer |
| ☑ Present ☑ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☐ FPD ☐ CJA |
| U.S. Attorney: Frederick A. Black | U.S. Agent: |
| U.S. Probation: Carleen Borja | |
| Interpreter: Julia Berg | Language: Mandarin |

**PROCEEDINGS: Initial Appearance on an Information and Arraignment**

- Defendant's waives reading of <u>Information</u>.
- Defendant sworn and examined.
- Plea's entered<u>: Not </u>Guilty
- Scheduling Order executed.
- Bench Trial set for <u>July 1, 2008 at 9:30 a.m.</u>
- Defendant's remanded to the custody of the U.S. Marshals Service.

NOTES: Rawlen Mantanona appointed for Zheng Min Liu, Stephanie Flores appointed for

      Shu Zhen Liu, and G. Patrick Civille appointed for Li Yong Chen.