# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**SHU ZHEN LIU,**<br><br>　　　　　Defendant. | MAGISTRATE CASE  NO. 08-00009<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **STEPHANIE FLORES** is appointed to represent the defendant in the above-entitled case *nun pro tunc* to May l, 2008.

**/s/ Joaquin V.E. Manibusan, Jr.**
　**U.S. Magistrate Judge**
**Dated: May 02, 2008**