# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: MJ-08-00009-001　　　　　　　　　　DATE: June 26, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　　Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz　　　　Electronically Recorded: 1:07:42-1:23:02

**APPEARANCES:**

Defendant: Shu Zhen Liu　　　　　　　　　Attorney: Stephanie Flores
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Frederick A. Black　　　　U.S. Agent:
U.S. Probation: Carmen O'Mallan
Interpreter: Julia Berg　　　　　　　　　Language: Mandarin

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Defendant advised of her rights, charges and penalties.
- Plea entered: Guilty Count I
- Plea: Accepted.
- Sentencing set for: September 24, 2008 at 9:00 a.m.
- Draft Presentence Report due to the parties: August 20, 2008
- Response to Presentence Report: September 3, 2008
- Final Presentence Report due to the Court: September 17, 2008
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: The parties requested that, if at all possible, that the PSR be expedited so that sentencing could be held sooner.